```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07670
   MICHAEL WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0867

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/27/2004 and was confirmed 04/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  86.47% from remaining funds.

     The case was dismissed after confirmation 03/24/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
AUSTIN WEST GARFIELD F C  SECURED           15780.00       1583.56       15780.00
AUSTIN HEALTH CTR UNIV O  UNSECURED        NOT FILED           .00            .00
AUSTIN WEST GARFIELD F C  SECURED           16862.32       2882.12       16862.32
AUSTIN WEST GARFIELD F C  UNSECURED        NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          7379.86           .00         267.58
RESURGENT CAPITAL SERVIC  UNSECURED OTH     3599.39           .00         130.53
FIRESTONE                 UNSECURED        NOT FILED           .00            .00
JC PENNY                  UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          6684.80           .00         242.38
SEARS PAYMENT CENTER      UNSECURED        NOT FILED           .00            .00
AUSTIN WEST GARFIELD F C  UNSECURED          5540.98           .00         200.91
LEGAL REMEDIES CHARTERED  DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                        2,269.60
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE            42,419.00

PRIORITY                                       .00
SECURED                                  32,642.32
    INTEREST                              4,465.68
UNSECURED                                   841.40
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                      2,269.60
DEBTOR REFUND                                  .00
                   --------------        --------------
TOTALS             42,419.00             42,419.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 07670 MICHAEL WASHINGTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 07670 MICHAEL WASHINGTON